CITY OF SANFORD, A MUNICIPAL CORPORATION, *Appellant,*
v. R. C. MAXWELL, *et al., Appellees.*

Decision Filed January 17, 1922.

An Appeal from the Circuit Court for Seminole County;
James W. Perkins, Judge.

*George G. Herring,* for Appellant;

*George A. DeCottes,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of
the order and decree aforesaid, and briefs and argument
of counsel for the respective parties, and the record having
been seen and inspected, and the court being now advised
of its judgment to be given in the premises, it seems to the
court that there is no error in the said order and decree;
it is, therefore, considered, ordered and adjudged by the
court that the said order and decree of the Circuit Court
be, and the same are hereby, affirmed.

All concur.